| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the |
| Central District of California (State) |
| Case number (If known): _____ Chapter _____ |

☐ Check if this is an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   The Beverly Hills Mansion, LLC, a California limited liability company,

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   BHM LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 7 - 2 6 3 4 4 7 9
   EIN

5. **Debtor's address**

   **Principal place of business**

   1371 Tower Grove Dr.

   Beverly Hills, CA  90210

   Los Angeles County

   **Mailing address, if different**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City              State    ZIP Code

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor _____    Case number (if known)_____
       Name

---

6. **Debtor's website** (URL) _____

---

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                         MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                         MM / DD / YYYY

---

**Part 3:    Report About the Case**

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked*:

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  The Beverly Hills Mansion, LLC _____  Case number (if known)_____
       Name

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Alan Cade | Service Provided, Invoices not paid. | $ 15,600.00 |
| J & J Woodworks | Service Provided, Invoices not paid. | $ 18,395.34 |
| JCM Trucking | Service Provided, Invoices not paid. | $ 7,000.00 |
|  | Total of petitioners' claims | $ 40,995.34 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Alan Cade
Name

1240 N Hollywood Way
Number   Street

Burbank          CA     91505
City            State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2023
           MM / DD / YYYY

X  /s/ Alan Cade
Signature of petitioner or representative, including representative's title

**Attorneys**

Eric Bensamochan
Printed name

The Bensamochan Law Firm, Inc.
Firm name, if any

9025 Wilshire Blvd. Suite 215,
Number   Street

Beverly Hills,      CA     90211
City          State    ZIP Code

Contact phone  (818) 574-5740   Email  eric@eblawfirm.us

Bar number  255482

State  California

X  /s/ Eric Bensamochan
Signature of attorney

Date signed  08/03/2023
           MM / DD / YYYY

Debtor _____  Case number (if known) _____
         Name

**Name and mailing address of petitioner**

J & J Woodworks / Jose L. Cardoso
Name

13823 Louvre St,
Number   Street

Pacoima                    CA        91331
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2023
             MM / DD / YYYY

X _Jose J Cardoso_____
Signature of petitioner or representative, including representative's title

---

Eric Bensamochan
Printed name

The Bensamochan Law Firm, Inc.
Firm name, if any

9025 Wilshire Blvd. Suite 215,
Number   Street

Beverly Hills,              CA        90211
City                        State     ZIP Code

Contact phone (818)574-5740   Email eric@eblawfirm.us

Bar number  255482

State  California

X _____
Signature of attorney

Date signed  08/03/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

JCM Trucking / Juan Carlos Menjivar
Name

12422 Jerome St
Number   Street

Sun Valley                 CA        91352
City                       State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City         State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/03/2023
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Eric Bensamochan
Printed name

The Bensamochan Law Firm, Inc.
Firm name, if any

9025 Wilshire Blvd. Suite 215,
Number   Street

Beverly Hills,              CA        90211
City                        State     ZIP Code

Contact phone (818)574-5740   Email eric@eblawfirm.us

Bar number  255482

State  California

X _____
Signature of attorney

Date signed  08/03/2023
             MM / DD / YYYY